746

*ing* for petitioner. *Mr. Thomas G. Long* for respondents.

No. 162. KLINGER *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Halle* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert L. Wright* and *Kenneth L. Kimble* for the United States.

No. 163. WESTERN CARTRIDGE CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Thomas S. Mc-Pheeters* and *Henry Davis* for petitioners. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondents.

No. 164. HOLLAND FURNACE CO. *v.* DEPARTMENT OF TREASURY ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Earl B. Barnes, Alan W. Boyd, Charles M. Wells,* and *Benj. F. J. Odell* for petitioner. *Messrs. James A. Emmert,* Attorney General of Indiana, *Joseph W. Hutchinson, David I. Day, Jr., Byron B. Emswiller,* and *Winslow Van Horne,* Deputy Attorneys General, for respondents.

No. 165. INTERSTATE ROOFING & SUPPLY CO. *v.* DEPARTMENT OF TREASURY ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Earl B. Barnes,*